No. 917. OHIO PUBLIC SERVICE Co. v. NATIONAL LABOR RELATIONS BOARD. March 12, 1945. Petition for writ of

858

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. H. Hoppe* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell* and *Miss Ruth Weyand* for respondent.